UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE INSTALLATION, ACTIVATION AND MONITORING OF A GLOBAL POSITIONING SYSTEM ELECTRONIC TRACKING DEVICE (GPS DEVICE) TO BE LOCATED IN OR ON THE WHITE CHEVROLET MALIBU WITH VEHICLE IDENTIFICATION NUMBER 1G11E5SA0DF278241, BEARING STATE OF MISSOURI LICENSE PLATE WK4F0N (hereinafter "subject vehicle #2"). | No. 4:16 MJ 1127 (JMB) |

## GOVERNMENT'S NOTICE OF NO OBJECTION TO THE UNSEALING OF DOCUMENTS

COMES NOW the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Stephen R. Casey, Assistant United States Attorney for said District and notices this Court that the Government has no objections to the unsealing of the above-referenced warrant, along with its affidavit, application, return and other related documents entered by this Court. The reasons for sealing the same no longer exist.

Dated this   22nd   day of February, 2017.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney


 s/Stephen R. Casey
STEPHEN R. CASEY, #58879MO
Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE INSTALLATION, ACTIVATION AND MONITORING OF A GLOBAL POSITIONING SYSTEM ELECTRONIC TRACKING DEVICE (GPS DEVICE) TO BE LOCATED IN OR ON THE WHITE CHEVROLET MALIBU WITH VEHICLE IDENTIFICATION NUMBER 1G11E5SA0DF278241, BEARING STATE OF MISSOURI LICENSE PLATE WK4F0N (hereinafter "subject vehicle #2"). | No.    4:16 MJ 1127 (JMB) |

## ORDER TO UNSEAL DOCUMENTS

This matter comes before the Court pursuant to a notice by the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Stephen R. Casey, Assistant United States Attorney for said District, stating the Government has no objection to the unsealing of the warrant, along with its affidavit, application, return and other related documents, which are presently sealed under Cause No. 4:16MJ1127 (JMB).

IT APPEARING there are reasonable grounds to believe that there is no reason to keep the aforesaid documents sealed,

IT IS ORDERED that the warrant, along with its affidavit, application and other related documents, presently sealed under Cause No. 4:16MJ1127 (JMB), be unsealed.

_____
JOHN M. BODENHAUSEN
United States Magistrate Judge

Dated this _____ day of February, 2017.